**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| LUC GARCIA, | ) ) ) ) | |
| Petitioner, | ) ) | 3:26-cv-01520 |
| v. | ) ) | |
| WARDEN, MOSHANNON VALLEY PROCESSING CENTER; *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

## CASE MANAGEMENT ORDER

AND NOW, this 10th day of August 2026, IT IS HEREBY ORDERED as follows:

1.      **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this matter. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. No other documents, pleadings, or motions may be emailed to this email address.

2.      **Certificate of compliance of service.** Upon completion of service via e-mail as reflected Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3.      **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

4.      **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **14 days** of the date of service. Respondents must specifically identify under what statutory authority Petitioner was detained under, and if such authority is 8 U.S.C.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

§ 1226(a), Respondents shall address Petitioner's argument that his detention was performed without a warrant in violation of 8 U.S.C. § 1226(a).

5.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **7 days** of the filing of Respondents' response to the petition.  The reply is limited to **5 pages**, double-spaced.

DATED this 10th day of August, 2026.

BY THE COURT:

/s/ Mark R. Hornak
United States District Judge